1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIKADIR JIBRIL,

                Plaintiff,

      v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al.,

              Defendants.

CASE NO. 2:25-cv-00084-TL

ORDER TO SHOW CAUSE

      This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." If a plaintiff "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.* The Court may also dismiss a case for a plaintiff's failure to prosecute their case. *See Ash v. Cvetkov*, 739 F.2d 493, 496–97 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.")

1    (internal citations omitted); *see also* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal

2    where a plaintiff fails to prosecute).

3         The Complaint in this case was filed on January 14, 2025, and service should have been

4    made by April 14, 2025. Plaintiff filed a Praecipe to Issue Summons to the successors to the

5    original Defendants on April 15, 2025 (*i.e.*, one day after the deadline for service). Dkt. No. 5.

6    However, the fact remains that more than ninety (90) days have elapsed since the complaint was

7    filed, and no proof of service, no appearance of Defendant, or other indication of service has

8    been filed.

9         Accordingly, Plaintiff is ORDERED to file proof of service by no later than May 20, 2025

10   or file a motion for an extension of the deadline for service showing good cause why the Court

11   must extend the time for service. If proof of service or an appropriate motion is not filed by May

12   20, 2025, the Court will dismiss this action without prejudice.

13        Dated this 13th day of May 2025.

14

15   _____
     Tana Lin
16   United States District Judge

17

18

19

20

21

22

23

24