District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIKADIR JIBRIL, <br><br>                    Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>                    Defendants. | Case No. 2:25-cv-00084-TL <br><br> STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> July 2, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.

//

//

//

//

STIPULATED MOTION
[Case No. 2:25-cv-00084-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 2nd day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | COUNCIL IN AMERICAN ISLAMIC RELATIONS, WASHINGTON STATE CHAPTER |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Anessa Novasio*<br>ANESSA NOVASIO, WSBA# 44294<br>Council on American Islamic Relations, Washington State Chapter<br>1511 Third Avenue, Suite 788<br>Seattle, Washington 98101<br>Phone: 206-384-8432<br>Email:  anovasio@cair.com<br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 27 words, in compliance with the Local Civil Rules.*

### [~~PROPOSED~~] ORDER

The case is dismissed without prejudice and with each party to bear their own costs and fees.  It is so **ORDERED**.

DATED this 3rd day of July, 2025.

*[signature]*

Tana Lin
United States District Judge

STIPULATED MOTION
[Case No. 2:25-cv-00084-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800